IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA,
　　　　　　　Plaintiff,

v.                                                    No. 07-50052-001

BRIAN JOHN BERGTHOLD,
　　　　　　　Defendant.

## PRELIMINARY ORDER OF FORFEITURE

In the forfeiture allegation of the Information, the United States seeks forfeiture of specific property of the defendant pursuant to 18 U.S.C. § 2253 as property which was used or intended to be used to commit the offense alleged in Count One of the Information.

On July 26, 2007, the defendant, BRIAN JOHN BERGTHOLD, pled guilty to Counts One and Two of the Information and further agreed to the forfeiture of real property listed in the forfeiture allegation. By virtue of said guilty plea the United States is entitled to possession of said property pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure.

Accordingly, it is hereby ORDERED, DECREED and ADJUDGED:

1. That based upon the guilty plea of the defendant to Count One of the Information, the United States is hereby authorized to seize the real property described as:

> Lots 12 and 13, Block 3, Norwood Subdivision, Bella Vista Village, Benton County, Arkansas, as shown in plat record H, Page 112.

2. The United States shall publish notice of this order pursuant to 18 U.S.C. § 982 (b)(1) and 21 U.S.C. § 853 (n)(1).

3. That upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to Federal Rules of Criminal Procedure, Rule 32.2(c); 18 U.S.C. § 982 (b)(1); and 21 U.S.C. § 853(n) in which all interests will be addressed.

IT IS SO ORDERED this 26th day of July, 2007.

HONORABLE JIMM LARRY HENDREN
CHIEF U.S. DISTRICT JUDGE

APPROVED:

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JUL 26 2007

CHRIS R. JOHNSON, CLERK
BY _____
DEPUTY CLERK

Kyra E. Jenner, Assistant United States
Attorney for Plaintiff, United of America

Andrew Miller, Attorney for Defendant,
Brian John Bergthold