IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                         PLAINTIFF

      v.         Civil No. 07-50052

BRIAN JOHN BERGTHOLD                                             DEFENDANT

### O R D E R

Currently before the Court are **Motions to Intervene by Arvest Bank and Arvest Mortgage Company (Doc. 20, 21).** Both entities claim an interest in the property subject to forfeiture pursuant to the plea agreement entered into in this action. The Government has advised that it has no objection to the motions to intervene and that it does not contest the validity of Arvest Bank's or Arvest Mortgage's interest in the property.

Upon due consideration, the motions to intervene are hereby **GRANTED**. The United States District Court Clerk is directed to file the **Petitions for Hearing to Adjudicate Interest in Forfeited Property (Docs. 20-2, 21-2),** which are attached as exhibits to the motions to intervene. The Court does not anticipate that a hearing to adjudicate the bank or mortgage company's interest in the property will be necessary, as the Government has advised that, at defendant's sentencing hearing, it will submit a proposed final order of forfeiture in which it will recognize the priority of the bank and mortgage company's interests.

IT IS SO ORDERED this 22nd day of October, 2007.

/S/JIMM LARRY HENDREN
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE