IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.                 Criminal No. 5:07CR50052-001

BRIAN JOHN BERGTHOLD,
    Defendant.

### FINAL ORDER OF FORFEITURE

On July 26, 2007, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253 and Federal Rules of Criminal Procedure, Rule 32.2(b), and based upon the defendant's guilty plea to a violation of Title 18, United States Code, Section 2251 that is charged in Count One of the Western District of Arkansas Information.

Arvest Mortgage Company and Arvest Bank were served notice on August 20, 2007 of the Preliminary Order of Forfeiture. Subsequently, Arvest Mortgage Company and Arvest Bank filed petitions in this matter requesting that their interests in the real property described in the forfeiture allegation of the Western District of Arkansas Information be recognized as superior to any interest of the United States.

On August 3, 10, and 17, 2007, the United States published in the <u>Arkansas Democrat Gazette</u>, a newspaper of general circulation in Benton County where the defendant's real property is located, notice of this forfeiture and the intent of the United States to dispose of the property in accordance with the law. The notice further notified all third parties of their rights to petition the

Court within thirty (30) days of the publication for a hearing to adjudicate the validity of their alleged legal interest in the property subject to forfeiture.

More than thirty (30) days have passed since the final publications and no additional third party petitions have been filed other than those noted above.

Accordingly, it is hereby ORDERED, DECREED, AND ADJUDGED:

1. That based upon the defendant's guilty plea to a violation of Title 18, United States Code, Section 2251, the factual basis presented to the Court, the agreement of the parties, and the authority for the forfeiture of property used in the commission of a violation of Title 18, United States Code, Section 2251 that is set forth in Title 18, United States Code, Section 2253, the Court finds that the real property described as:

> Lots 12 and 13, Block 3, Norwood Subdivision, Bella Vista Village, Benton County, Arkansas, as shown in plat record H, Page 112

is hereby forfeited to the United States of America, and shall be disposed of according to law.

2. The claims of Arvest Mortgage Company and Arvest Bank are hereby recognized by the Court, and shall be paid from the proceeds of the sale of the defendant property. Arvest Mortgage Company's interest in the real property is calculated at $101,391.98 as of April 24, 2008, plus interest thereafter at the rate of $13.57 per day. Arvest Bank's interest is calculated at $8,179.04 as of April 24, 2008, plus interest at the rate of $1.713528 per day thereafter.

3. That upon sale of the real property, the order of disbursements shall be made in the following order:

   a. The United States' costs associated with the sale of the real property;

   b. Satisfaction of Arvest Mortgage Company's interest;

   c. Satisfaction of Arvest Bank's interest;

      d.  Any balance is hereby forfeited to the United States.

IT IS SO ORDERED this 12th day of May, 2008.

                                              /s/  Jimm  Larry  Hendren
                                      HONORABLE JIMM LARRY HENDREN
                                      CHIEF U.S. DISTRICT JUDGE

APPROVED:

/s/   Kyra E. Jenner
Kyra E. Jenner, Assistant United States
Attorney for Plaintiff, United of America


/s/   Rickard Hood
Rickard Hood, Attorney for Arvest Bank
and Arvest Mortgage Company


/s/  Andrew Miller
Andrew Miller, Attorney for Claimant,
Brian Bergthold